**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY MAESTAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMANTHA SOLORIO,<br><br>    Defendants. | Case No.: 1:23-cv-1197 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL<br><br>(Docs. 2, 5) |

Randy Maestas is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. On August 15, 2023, the assigned magistrate judge found Plaintiff was subject to the three-strikes bar imposed by 28 U.S.C. § 1915(g). (Doc. 5 at 2-3.) The magistrate judge also found the allegations in the complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (*Id.* at 3-4.) Therefore, the magistrate judge recommended that Plaintiff not be permitted to proceed in forma pauperis. (*Id.* at 4.)

Plaintiff filed objections to the Findings and Recommendations on August 28, 2023. (Doc 8 at 1.) Plaintiff's "objections" contain vile and misogynistic language directed to the Court.[1] He does not dispute the finding that he was subject to the three strikes bar. Plaintiff also does not identify any facts that demonstrate he is in "imminent danger of serious physical injury." (*See id.*)

---

[1] Such language will not be tolerated in future pleadings or communications with the Court. Plaintiff shall conduct himself in a manner that maintains the dignity of the District Court.

1

In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 15, 2023 (Doc. 5), are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is directed to pay the $402.00 filing fee in full within thirty days from the date of service of this order.
4. <u>Plaintiff is advised the failure to timely pay the filing fee in full will result in the dismissal of this case</u>.

IT IS SO ORDERED.

Dated:   **August 30, 2023**

UNITED STATES DISTRICT JUDGE