UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY MAESTAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMANTHA SOLORIO,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01197 JLT EPG (PC)<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 9) |

Previously this Court determined that Plaintiff is subject to the three-strikes bar imposed by 28 U.S.C. § 1915(g) and the allegations in the complaint did not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Docs. 5, 9.)

On August 30, 2023, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 9.) Plaintiff was also informed that the "<u>failure to timely pay the filing fee in full will result in the dismissal of this case</u>." (*Id.* at 2, emphasis in original.) Despite this warning, Plaintiff has failed to pay the filing fee. Accordingly, the action cannot proceed before the Court at this time. Based upon the foregoing, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice for Plaintiff's failure to pay the filing fee.

///

///

1

2. The Clerk of Court is directed close this case.

IT IS SO ORDERED.

Dated: __**October 11, 2023**__                          _/s/ Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE